PO Box 510090
Livonia MI 48151-6090





PDC32B00201815



CALVIN BARTON

Account Number: ************4489
Original Creditor: Synchrony Bank
Current Owner: LVNV Funding LLC
Reference ID: 702878669
Accountholder Name: Calvin Barton

December 28, 2020

### NOTICE OF ASSIGNMENT

Dear Calvin Barton,

Please be advised that effective 12/23/2020, LVNV Funding LLC has acquired your account. This account will now be serviced by Resurgent Capital Services L.P., which is the master servicer for LVNV Funding LLC. We may place this account with a sub-servicer for collections.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-888-665-0374.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

This communication is from a debt collector. However, please note that this communication is not an attempt to collect a debt. The sole purpose of this communication is to provide you with information regarding the ownership of your above-referenced account as required by Florida law.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday



*Address*
Suite 110 MS 576
55 Beattie Place
Greenville, SC 29601



*Contact Numbers*
Toll Free Phone
1-888-665-0374
Toll Free Fax
1-866-467-0163





PRESORT
FIRST CLASS
US POSTAGE
PAID
HOVSERVICES

